| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Earth Pride Organics, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $2,118,536.67 |
| Don Neireiter<br>7201 Drifter Court<br>Burke, VA 22015 | | | | | | $1,100,000.00 |
| Mike Thompson<br>490 Snyder Road<br>Lancaster, PA 17543 | | | | | | $818,575.38 |
| Dr Ross Decter<br>288 Bahia Avenue<br>Hershey, PA 17033 | | | | | | $700,000.00 |
| First National Bank<br>4140 E State Street<br>Hermitage, PA 16148 | | | | | | $250,000.00 |
| Tim Cost<br>1102 Saint Finegan Drive<br>West Chester, PA 19382 | | | | | | $200,000.00 |
| David and Arlene Esh<br>819 Narvon Road<br>Narvon, PA 17555 | | | | | | $199,350.77 |
| PA Department of Revenue<br>1854 Brookwood Street<br>Hsarrisburg, PA 17104 | | | | | | $138,405.88 |
| Leonard Waldner<br>1450 Reading Road<br>Mohnton, PA 19540 | | | | | | $129,000.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **Earth Pride Organics, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Linda Goldsmith<br>2520 Brookside Drive<br>Lancaster, PA 17601 | | | | | | $50,000.00 |
| The LLB Group<br>2832 Mount Carmel Avenue<br>Glenside, PA 19038 | | | | | | $23,193.81 |
| Ohio National<br>One Financial Way<br>Cincinnati, OH 45242 | | | | $14,342.20 | $0.00 | $14,342.20 |
| NAI Commercoial Partners<br>206 A West James Street<br>Lancaster, PA 17601 | | | | | | $8,935.45 |
| Colonial Life<br>PO Box 1365<br>Columbia, SC 29202 | | | | $6,929.72 | $0.00 | $6,929.72 |
| Assurant<br>One Sun Life Executive Park<br>Wellesley Hills, MA 02481 | | | | $5,159.72 | $0.00 | $5,159.72 |
| Western Pest Services<br>3310 West Chester Pike<br>Newtown Square, PA 19073 | | | | | | $4,709.58 |
| Wizard Safe and Lock<br>218 North Prince Street<br>Lancaster, PA 17603 | | | | | | $3,793.37 |
| Legal Shield<br>On Pre Paid Way<br>Ada, OK 47482 | | | | $3,726.10 | $0.00 | $3,726.10 |
| J&J Service Solutions LLC<br>1820 Franklin Street<br>Columbia, PA 17512 | | | | | | $3,464.14 |
| EZ Solutions<br>111 Centerville Road<br>Lancaster, PA 17603 | | | | | | $3,192.10 |