**Fill in this information to identify the case:**

Debtor name   **Lancaster Fine Foods, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **17-13819(ELF)**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1.   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $   0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $   7,884,351.49

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $   7,884,351.49

| Part 2: | Summary of Liabilities |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................   $   4,840,096.17

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................   $   123.13

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$   4,164,718.67

4.   **Total liabilities** .....................................................................................................
    Lines 2 + 3a + 3b                                                                                  $   9,004,937.97

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Lancaster Fine Foods, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **17-13819(ELF)** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **Checking - Operating Account** | 5007 | **$17,321.19** |
| 3.2. | **PNC Bank** | **Payroll Account** | 5607 | **$760.22** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$18,081.41**

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Customer Deposits** | **$36,415.22** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| Debtor | **Lancaster Fine Foods, Inc.** | Case number *(If known)* **17-13819(ELF)** |
|---|---|---|
| | Name | |

| 8.1. | **Prepaid Purchases** | **$201,506.05** |

---

| 9. | **Total of Part 2.** | |
| | Add lines 7 through 8. Copy the total to line 81. | **$237,921.27** |

<span style="background:black;color:white">**Part 3:**</span> Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
| | 11a. 90 days old or less: | **608,892.63** | - | **0.00** = .... | **$608,892.63** |
| | | face amount | | doubtful or uncollectible accounts | |

---

| 12. | **Total of Part 3.** | |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$608,892.63** |

<span style="background:black;color:white">**Part 4:**</span> Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<span style="background:black;color:white">**Part 5:**</span> Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **Raw Materials** | | **$0.00** | | **$746,546.76** |

| 20. | **Work in progress** |
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | |
| | Add lines 19 through 22. Copy the total to line 84. | **$746,546.76** |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

| | Valuation method | | Current Value | |

| Debtor | **Lancaster Fine Foods, Inc.** | Case number *(If known)* **17-13819(ELF)** |
|---|---|---|
| | Name | |

☐ Yes. Book value _____     _____     _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office Equipment** | $0.00 | | $61,045.39 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $61,045.39 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

| Debtor | **Lancaster Fine Foods, Inc.** | Case number *(If known)* **17-13819(ELF)** |
|---|---|---|
| | Name | |

**49.**     Aircraft and accessories

**50.**     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

        Machinery and Equipment           $0.00           $6,106,005.72

**51.**     **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.        **$6,106,005.72**

**52.**     **Is a depreciation schedule available for any of the property listed in Part 8?**

       ■ No
       ☐ Yes

**53.**     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

       ■ No. Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ■ No. Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No. Go to Part 12.
       ■ Yes Fill in the information below.

                                                    Current value of
                                                    debtor's interest

**71.**     **Notes receivable**

       Description (include name of obligor)

       **Receivable from EPX**        105,858.31   −        0.00   =        **$105,858.31**

                                           Total face amount              doubtful or uncollectible amount

**72.**     **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

**73.**     **Interests in insurance policies or annuities**

**74.**     **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Lancaster Fine Foods, Inc.**                                    Case number *(If known)*  **17-13819(ELF)**
                Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.    **Total of Part 11.**                                                                    | $105,858.31 |
        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **Lancaster Fine Foods, Inc.**
_____
    Name

Case number _(If known)_  **17-13819(ELF)**

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $18,081.41 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $237,921.27 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $608,892.63 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $746,546.76 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $61,045.39 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $6,106,005.72 | |
| 88. **Real property.** _Copy line 56, Part 9_.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $105,858.31 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,884,351.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,884,351.49 |

**Fill in this information to identify the case:**

Debtor name   **Lancaster Fine Foods, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **17-13819(ELF)**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **Change Capital Partners Fund I , LLC**<br>Creditor's Name<br><br>**590 Madison Avenue**<br>**21st Floor**<br>**New York, NY 10022**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**90 days or less: accounts receivable; all other assets of the debtor**<br><br>Describe the lien | **$656,739.56** | **$608,892.63** |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Change Capital Partners Fund I , LLC**
**2. Midtown Capital Partners, LLC**
**3. Midtown Capital Partners, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| | | | |
|---|---|---|---|
| **2.2**   **CSI Services**<br>Creditor's Name<br><br>**10 Marianne Drive**<br>**York, PA 17406**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Office Equipment**<br><br>Describe the lien | **$157,290.18** | **$61,045.39** |

Creditor's email address, if known

Date debt was incurred

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

| Debtor | Lancaster Fine Foods, Inc. | Case number (if know) | 17-13819(ELF) |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | DLL Finance, LLC | Describe debtor's property that is subject to a lien | $25,005.53 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Tractor, Loader and Mowers** | | |

**8001 Birchwood Court**
**Johnston, IA 50131**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Fox Rothschild | Describe debtor's property that is subject to a lien | $2,392,565.69 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **all assets of the debtor** | | |

**2000 Market Street**
**20th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | Kensington & Sons, LLC | Describe debtor's property that is subject to a lien | $270,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **High Sheer Tank and Mixer; Load Sensor;** | | |
| | | **Bottle Rinser and other related attachments** | | |

**270 Lafayette Street**
**Suite 200**
**New York, NY 10012**
Creditor's mailing address

Describe the lien

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 2 of 4

Debtor   **Lancaster Fine Foods, Inc.**                                        Case number (if know)   **17-13819(ELF)**
    Name

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Loeb Term Solutions** | | $860,409.18 | $6,106,005.72 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Machinery and Equipment; all other assets of the debtor**

**4131 S State Street**
**Chicago, IL 60609**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | **Midtown Capital Partners, LLC** | | $279,961.93 | $608,892.63 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**90 days or less: accounts receivable; all other assets of the debtor**

**590 Madison Avenue**
**21st Floor**
**New York, NY 10022**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 3 of 4

| Debtor | Lancaster Fine Foods, Inc. | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | **Midtown Capital Partners, LLC** | Describe debtor's property that is subject to a lien | $198,124.10 | $608,892.63 |
| | Creditor's Name | **90 days or less: accounts receivable; all other assets of the debtor** | | |
| | **591 Madison Avenue 21st Floor New York, NY 10022** | | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $4,840,096.17

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Lancaster Fine Foods, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **17-13819(ELF)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address **PA Department of Revenue Department 280946 Bankruptcy Division Harrisburg, PA 17128-0946** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$123.13** | **$123.13** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address **AIRE Ingredients LLC 516 Bloomfield Avenue Suite 2 Montclair, NJ 07042** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$17,675.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address **All American Containers NE 635 Pierce Street Suite B Somerset, NJ 08873** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$28,977.44** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Lancaster Fine Foods, Inc. | | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|---|
| | Name | | | |

**3.3** Nonpriority creditor's name and mailing address
AMD Oil
90 North Franklin Turnpike
Ramsey, NJ 07443

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$75,722.72

**3.4** Nonpriority creditor's name and mailing address
American Packaging
831 Lincoln Avenue
Suite 7
West Chester, PA 19380

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$17,675.00

**3.5** Nonpriority creditor's name and mailing address
Ardagh Glass
10194 Crosspoint Boulevard
Suite 410
Indianapolis, IN 46256

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$22,099.88

**3.6** Nonpriority creditor's name and mailing address
Asterion Consulting
215 S Borad Street
3rd Floor
Philadlephia, PA 19107

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$93,063.69

**3.7** Nonpriority creditor's name and mailing address
AtWork Personnel Services Inc
771 Market Street
Suite 110
Lemoyne, PA 17043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$61,208.14

**3.8** Nonpriority creditor's name and mailing address
Axcess Industries Inc
5869 Pottsville Pike
Leesport, PA 19533

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$86,576.42

**3.9** Nonpriority creditor's name and mailing address
Brenntag Northeast Inc
81 W Huller Lane
Reading, PA 19605

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15.00

| Debtor | Lancaster Fine Foods, Inc. | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|
| | Name | | |

**3.10** Nonpriority creditor's name and mailing address
C.O. Nolt
501 Richardson Road
Lancaster, PA 17603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$46,046.66

---

**3.11** Nonpriority creditor's name and mailing address
Capital Blue Cross
2500 Elmerton Avenue
Harrisburg, PA 17177

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$23,586.83

---

**3.12** Nonpriority creditor's name and mailing address
Catania Spagna
3 Nemco Way
Ayer, MA 01432

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$219,289.56

---

**3.13** Nonpriority creditor's name and mailing address
Central Transport International
PO Box 33299
Detroit, MI 48232

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$266.01

---

**3.14** Nonpriority creditor's name and mailing address
CHARM Sciences Inc
659 Andover Street
Lawrence, MA 01843

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,036.42

---

**3.15** Nonpriority creditor's name and mailing address
Commonwealth Fire Protection
2749 Creek Hill Road
Leola, PA 17540

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$460.00

---

**3.16** Nonpriority creditor's name and mailing address
Complete Door & Access
608 N Cedar Street
Lititz, PA 17543

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12,200.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Lancaster Fine Foods, Inc. | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|

---

**3.17** | Nonpriority creditor's name and mailing address
**Control Associates**
1452 Woodlot Road
Manheim, PA 17545

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$250.14

---

**3.18** | Nonpriority creditor's name and mailing address
**Crown Cork & Seal**
One Crown Way
Philadelphia, PA 19154

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$20,626.73

---

**3.19** | Nonpriority creditor's name and mailing address
**Crystsal Springs**
6750 Discovery Boulevard
Mableton, GA 30126

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,164.18

---

**3.20** | Nonpriority creditor's name and mailing address
**CSI Services**
10 Marianne Drive
York, PA 17406

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$145,992.33

---

**3.21** | Nonpriority creditor's name and mailing address
**Dalmatia Import Group Inc**
Maia Magee, CEO
28 W Flagler Street
Suite 900
Miami, FL 33130

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,167,000.00

---

**3.22** | Nonpriority creditor's name and mailing address
**Decision Quest**
21535 Hawthorne Boulevard
Suite 31
Torrance, CA 90503

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$70,884.16

---

**3.23** | Nonpriority creditor's name and mailing address
**Dempsey Uniform & Linen Supply**
335 2nd Street
Highspire, PA 17034

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,175.83

---

| Debtor | Lancaster Fine Foods, Inc. | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Dickson Company**
930 South Westwood Avenue
Addison, IL 60101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$748.48

---

**3.25** | Nonpriority creditor's name and mailing address
**DP Print Services Inc**
2331 Walling Avenue
La Habra, CA 90631

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$790.00

---

**3.26** | Nonpriority creditor's name and mailing address
**Dr John L Stanton**
921 Gray Fox Circle
Sewell, NJ 08080

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$17,838.35

---

**3.27** | Nonpriority creditor's name and mailing address
**DW Montgomery**
PO Box 177
Melbourne, FL 32902

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$7,520.00

---

**3.28** | Nonpriority creditor's name and mailing address
**EA Weber & Company**
549 Palwaukee Drive
Wheeling, IL 60090

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$115.48

---

**3.29** | Nonpriority creditor's name and mailing address
**Earth Pride Express LLC**
501 Richardson Drive
Lancaster, PA 17603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$188.00

---

**3.30** | Nonpriority creditor's name and mailing address
**Earth Pride Organics LLC**
501 Richardson Drive
Lancaster, PA 17603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,590.28

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Lancaster Fine Foods, Inc. | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|
| | Name | | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,253.52 |
|---|---|---|
| **ECOLAB Inc**<br>**370 Wabasha Street N**<br>**Saint Paul, MN 55102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.80 |
|---|---|---|
| **EKI Industies**<br>**1403 Herkimer Street**<br>**Joilet, IL 60432** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,430.00 |
|---|---|---|
| **ESHA Research**<br>**4747 Skyline Road**<br>**Suite 100**<br>**Salem, OR 97306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,816.82 |
|---|---|---|
| **Essex Food Ingredients**<br>**9 Lee Boulevard**<br>**Frazer, PA 19355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.50 |
|---|---|---|
| **Eurofins Micro Labs**<br>**2430 New Holland Avenue**<br>**Suite D215**<br>**Lancaster, PA 17601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,249.79 |
|---|---|---|
| **Ferrell Gas**<br>**7500 College Boulevard**<br>**Suite 1000**<br>**Overland Park, KS 66210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,314.62 |
|---|---|---|
| **Fillmore Container Co**<br>**2315 Norman Road**<br>**Lancaster, PA 17601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Lancaster Fine Foods, Inc. | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $196.09 |
| | **Fischer Scientific Company** | ☐ Contingent | |
| | **3411 Silverside Road** | ☐ Unliquidated | |
| | **Wilmington, DE 19810** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,279.00 |
| | **Food Chain ID Inc** | ☐ Contingent | |
| | **504 N 4th Street** | ☐ Unliquidated | |
| | **Fairfield, IA 52556** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74,190.40 |
| | **FoodMatch** | ☐ Contingent | |
| | **575 8th Avenue** | ☐ Unliquidated | |
| | **23rd Floor** | ☐ Disputed | |
| | **New York, NY 10018** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,253.59 |
| | **Founders Market & Co** | ☐ Contingent | |
| | **501 Richardson Drive** | ☐ Unliquidated | |
| | **Lancaster, PA 17603** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,672.00 |
| | **Franklin Farms East** | ☐ Contingent | |
| | **111 W Washington Avenue** | ☐ Unliquidated | |
| | **Washington, NJ 07882** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
| | **Greenwood Associates Inc** | ☐ Contingent | |
| | **6280 W Howard Street** | ☐ Unliquidated | |
| | **Niles, IL 60714** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,042.20 |
| | **Guardian CSC** | ☐ Contingent | |
| | **6000 Susquehanna Plaza Drive** | ☐ Unliquidated | |
| | **York, PA 17406** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Lancaster Fine Foods, Inc.**
_____
Name

Case number (if known)    **17-13819(ELF)**

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$859.00** |

**Haller Enterprises**
**212 Bucky Drive**
**Lititz, PA 17543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$147.84** |

**Harry W Gaffney & Co**
**395 Jacksonville Road**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98,402.00** |

**Hidden Villa Ranch**
**310 North Harbor Boulevard**
**Suite 205**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,384.96** |

**High Quality Organics**
**12101 Moya Boulevard**
**Reno, NV 89506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,062.60** |

**Hometown Provisions**
**201 West Kenig Road**
**Willow Street, PA 17584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |

**Humane Farm Animal Care**
**1039 Sterling Road**
**Suite 201**
**Herndon, VA 20170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$168,685.85** |

**Hurst Electric**
**91 Bloomberg Road**
**Lititz, PA 17543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lancaster Fine Foods, Inc.** | Case number *(if known)* | **17-13819(ELF)** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,825.65 |
|---|---|---|---|

**Hurst Produce**
235 Turtle Road
Ephrata, PA 17522

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,380.00 |
|---|---|---|---|

**I Love Produce**
PO Box 140
Kelton, PA 19346

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Institue of Food Technologists**
525 W Van Buren Street
Suite 100
Chicago, IL 60607

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,634.35 |
|---|---|---|---|

**JML Ingredients**
PO Box 324
East Petersburg, PA 17520

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $738.00 |
|---|---|---|---|

**Joyva Corp**
53 Varick Avenue
Brooklyn, NY 11237

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,221.85 |
|---|---|---|---|

**Julian W Black & Son Inc**
15871 City View Drive
Suite 210
Midlothian, VA 23113

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,753.81 |
|---|---|---|---|

**Kalsec**
3713 West Main Street
Kalamazoo, MI 49006

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Lancaster Fine Foods, Inc. | | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|---|
| | Name | | | |

**3.59**

Nonpriority creditor's name and mailing address
**Kreider Foods**
**2400 Dairy Road**
**Lancaster, PA 17601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$648.00**

---

**3.60**

Nonpriority creditor's name and mailing address
**KROY LLC**
**3830 Kelley Avenue**
**Cleveland, OH 44114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,043.64**

---

**3.61**

Nonpriority creditor's name and mailing address
**Label Graphics**
**175 Paterson Avenue**
**Little Falls, NJ 07424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,515.88**

---

**3.62**

Nonpriority creditor's name and mailing address
**Louisiana Pepper Exchange**
**2410 Vail Drive**
**Denham Springs, LA 70726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,470.00**

---

**3.63**

Nonpriority creditor's name and mailing address
**Martin Water Conditioning**
**740 E Lincoln Avenue**
**Myerstown, PA 17067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$42.40**

---

**3.64**

Nonpriority creditor's name and mailing address
**Massilly North America Inc**
**501 Lakeshore Road E**
**Mississauga ON L5G 1H9 Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,607.38**

---

**3.65**

Nonpriority creditor's name and mailing address
**McCain Foods**
**2275 Cabot Drive**
**Lisle, IL 60532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,762.50**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Lancaster Fine Foods, Inc.**
_____
Name

Case number (if known)    **17-13819(ELF)**
_____

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing, the claim is: Check all that apply. | $43,000.00 |
|---|---|---|---|

**Michael and Kathy Thompson**
**490 Snyder Road**
**Lancaster, PA 17543**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing, the claim is: Check all that apply. | $7,335.04 |
|---|---|---|---|

**Mieles Campos Azules SA**
**Carretera a Santa Rosa Km 3**
**Amatitan, Jalisco 45380 Mexico**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing, the claim is: Check all that apply. | $8,646.31 |
|---|---|---|---|

**Modern Packaging Inc**
**505 Acorn Street**
**Deer Park, NY 11729**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing, the claim is: Check all that apply. | $5,340.52 |
|---|---|---|---|

**Morning Star**
**724 Main Street**
**Woodland, CA 95695**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing, the claim is: Check all that apply. | $2,203.50 |
|---|---|---|---|

**Multicell Packaging**
**191 Victor Street**
**Lawrenceville, GA 30046**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing, the claim is: Check all that apply. | $342.80 |
|---|---|---|---|

**Munzing North America**
**1455 Broad Street**
**Suite 3**
**Bloomfield, NJ 07003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing, the claim is: Check all that apply. | $1,912.85 |
|---|---|---|---|

**Nalco**
**1601 West Diehl Road**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lancaster Fine Foods, Inc. | Case number (if known) | 17-13819(ELF) |
|--------|---------------------------|------------------------|---------------|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address

**National Fruit Product Co**
701 Fairmount Avenue
Winchester, VA 22601

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,015.00

---

**3.74** | Nonpriority creditor's name and mailing address

**National Raisin Company**
626 S 5th Street
Fowler, CA 93625

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$604.65

---

**3.75** | Nonpriority creditor's name and mailing address

**Natural Value**
1511 Corporate Way
Suite 100
Sacramento, CA 95831

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,921.60

---

**3.76** | Nonpriority creditor's name and mailing address

**Nikolaus & Hohendal LLP**
212 North Queen Street
Lancaster, PA 17603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,547.80

---

**3.77** | Nonpriority creditor's name and mailing address

**NSF International Food Safety**
789 N Dixboro Road
Ann Arbor, MI 48105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,547.80

---

**3.78** | Nonpriority creditor's name and mailing address

**Organic Family of Farms**
1 Organic Way
LaFarge, WI 54639

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,547.80

---

**3.79** | Nonpriority creditor's name and mailing address

**Packaging Corp of America**
435 Gitts Run Rd
Hanover, PA 17331

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$40,253.51

---

Debtor **Lancaster Fine Foods, Inc.**

Case number (if known) **17-13819(ELF)**

Name

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $835.59
--- | --- | --- | ---

**Penn Jersey Paper Co**
3899 Aramingo Avenue
Philadelphia, PA 19137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address

**Philadelphia OCCUHealth WORKNET**
PO Box 827842
Philadelphia, PA 19182

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$298.00

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** Nonpriority creditor's name and mailing address

**Pine Barrens Native Fruits**
1 Pasadena Road
Browns Mills, NJ 08015

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,102.00

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

**PMI USA**
9519 Jackson Trail Road
Hoschton, GA 30548

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,409.66

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

**PPL Electric**
827 Hausman Road
Allentown, PA 18104

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,198.04

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

**ProXES Inc**
1385 Armour Boulevard
Mundelein, IL 60060

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,109.00

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

**Pure Test Water Laboratory**
729 E Lincoln Avenue
Myerstown, PA 17067

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$365.00

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lancaster Fine Foods, Inc. | | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|---|
| | Name | | | |

**3.87** Nonpriority creditor's name and mailing address
Quality Digital Office Studio
2192 Embassy Drive
Lancaster, PA 17603

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$550.08

---

**3.88** Nonpriority creditor's name and mailing address
Quality Office Furniture
2699 South Queen Street
York, PA 17403

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,230.62

---

**3.89** Nonpriority creditor's name and mailing address
R.A. Vestal
519 N Franklin Street
York, PA 17403

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,785.04

---

**3.90** Nonpriority creditor's name and mailing address
Real Food Marketing
711 W Camino Real
Suite 204
Arcadia, CA 91007

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$36,717.66

---

**3.91** Nonpriority creditor's name and mailing address
Rhee Bros
7461 Coca Cola Drive
Hanover, MD 21076

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,147.00

---

**3.92** Nonpriority creditor's name and mailing address
Richards Packaging
6095 Ordan Dr
Mississauga ON L5T 2M7, Canada

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$19,689.95

---

**3.93** Nonpriority creditor's name and mailing address
RPC Superfos US Inc
120 Valler Street
Cumberland, MD 21502

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$8,739.49

---

| Debtor | Lancaster Fine Foods, Inc. | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address
**RW Sauder Inc**
570 Furnace Hills Pike
Lititz, PA 17543

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8,917.50

---

**3.95** | Nonpriority creditor's name and mailing address
**Safe Food Corporation**
115 River Road
Suite 108
Edgewater, NJ 07020

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$31,511.20

---

**3.96** | Nonpriority creditor's name and mailing address
**Safeguard Business Systems**
202 Butler Avenue
Lancaster, PA 17601

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$98.76

---

**3.97** | Nonpriority creditor's name and mailing address
**Schaedler Yesco Distribution**
3982 Paxton Street
Harrisburg, PA 17111

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$432.82

---

**3.98** | Nonpriority creditor's name and mailing address
**Sensient Flavors LLC**
5600 West Raymond Street
Indianapolis, IN 46241

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$20.63

---

**3.99** | Nonpriority creditor's name and mailing address
**Sharp Septic LLC**
512 Overlys Grove Road
New Holland, PA 17557

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.100** | Nonpriority creditor's name and mailing address
**Shoes for Crews LLC**
250 South Australian Avenue
West Palm Beach, FL 33401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,697.18

---

| Debtor | Lancaster Fine Foods, Inc. | | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|---|
| | Name | | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $802.27 |
|---|---|---|---|

**Staples Advantage**
PO Box 415256
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,548.39 |
|---|---|---|---|

**Stokes Mechanical Handling System**
1000 Crosskeys Drive
Doylestown, PA 18902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,842.78 |
|---|---|---|---|

**Stolzfus Truck Brokerage Inc**
30 Slaymaker Hill Road
Kinzers, PA 17535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**SupHerb Farms**
300 Dianne Drive
Turlock, CA 95380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,310.99 |
|---|---|---|---|

**Sysco FS Central PA**
3905 Corey Road
Harrisburg, PA 17109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,562.50 |
|---|---|---|---|

**The TASA Group**
1166 DeKalb Pike
Blue Bell, PA 19422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.74 |
|---|---|---|---|

**TK Supplies & Packaging Co**
1200 Donaldson Road
Greenville, SC 29605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Lancaster Fine Foods, Inc. | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,942.00 |
|---|---|---|---|

**Top Notch Logistics**
19907 West Amelia Avenue
Buckeye, AZ 85396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,790.99 |
|---|---|---|---|

**Triangle Refrigeration**
3200 Oregon Pike
Leola, PA 17540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,405.00 |
|---|---|---|---|

**UGI Utilities**
460 N Gulph Road
Suite 100
King of Prussia, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,006.16 |
|---|---|---|---|

**Uline**
2950 Jurupa Street
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,595.32 |
|---|---|---|---|

**Ungerer & Company**
4 Bridgewater Lane
PO Box U
Lincoln Park, NJ 07035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.00 |
|---|---|---|---|

**Vertical Globe Logistics**
8150 Derry Street
Suite E
harrisburg, PA 17111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,649.72 |
|---|---|---|---|

**WB Mason Co Inc**
59 Centre Street
Brockton, MA 02303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lancaster Fine Foods, Inc. | | Case number (if known) | 17-13819(ELF) |
|---|---|---|---|---|
| | Name | | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $846.00 |
|---|---|---|---|

**Wells Fargo Financial Service**
PO Box 3072
Cedar Rapids, IA 52406

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,331.89 |
|---|---|---|---|

**Western Pest Services**
3310 West Chester Pike
Newtown Square, PA 19073

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,917.96 |
|---|---|---|---|

**Wisconsin Spice**
478 Indutrial Park Road
Berlin, WI 54923

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,052.00 |
|---|---|---|---|

**Woeber Mustard Manufacturing**
1966 Commerce Circle
PO Box 388
Springfield, OH 45501

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,217.38 |
|---|---|---|---|

**Woodland Foods**
3751 Sunset Avenue
Waukegan, IL 60087

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,309.41 |
|---|---|---|---|

**York Container**
138 Mount Zion Road
York, PA 17402

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| Debtor | **Lancaster Fine Foods, Inc.** | Case number (if known) | **17-13819(ELF)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 123.13 |
| 5b. Total claims from Part 2 | | 5b. + $ | 4,164,718.67 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | | 5c. $ | 4,164,841.80 |

**Fill in this information to identify the case:**

Debtor name    **Lancaster Fine Foods, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **17-13819(ELF)**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1.    State what the contract or lease is for and the nature of the debtor's interest

        State the term remaining

        List the contract number of any government contract

        501 Richardson Acquisitions, LLC
        c/o David I Grunfeld, Esquire
        Astor Weiss Kaplan & Mandel LLP
        The Bellevue,200 S Broad St, Ste 600
        Philadelphia, PA 19102

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name    **Lancaster Fine Foods, Inc.** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known)    **17-13819(ELF)** |

■ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                                 *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Michael Thompson | 490 Snyder Road Lancaster, PA 17543 | Change Capital Partners Fund I , LLC | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | Michael Thompson | 490 Snyder Road Lancaster, PA 17543 | Fox Rothschild | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | Michael Thompson | 490 Snyder Road Lancaster, PA 17543 | Midtown Capital Partners, LLC | ■ D __2.7__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 | Michael Thompson | 490 Snyder Road Lancaster, PA 17543 | Midtown Capital Partners, LLC | ■ D __2.8__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 | Michael Thompson | 490 Snyder Road Lancaster, PA 17543 | 501 Richardson Acquisitions, LLC | ☐ D ____ <br> ☐ E/F ____ <br> ☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Lancaster Fine Foods, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **17-13819(ELF)**

■ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 18, 2017**          X **/s/ Michael S. Thompson**
                                          Signature of individual signing on behalf of debtor

                                          **Michael S. Thompson**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lancaster Fine Foods, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **17-13819(ELF)**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other _____ | **$10,040,000.00** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☑ Operating a business<br>☐ Other _____ | **$7,560,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- | --- |
   | 3.1. | **See Exhibit "A"** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**EXHIBIT "A"**

LFF Creditors paid in the 90 days prior to Ch. 11 filing

| Name | Amount Paid | Category |
|---|---|---|
| Ardagh Glass | $ 21,983.72 | Ingredients |
| A&A International Foods, Inc. | $ 9,920.00 | Ingredients |
| AMD Special Oil LLC | $ 22,716.82 | Ingredients |
| Batory Foods | $ 19,728.00 | Ingredients |
| Brenntag Northest, Inc | $ 6,692.94 | Ingredients |
| Capital Blue Cross | $ 45,670.01 | Benefits |
| Catania Oils | $ 452,548.95 | Ingredients |
| Change Capital Partners Fund | $ 325,879.36 | Loan payments |
| ConAgra Foods | $ 60,800.00 | Ingredients |
| Costco Wholesale | $ 14,387.36 | Ingredients |
| Crown Cork & Seal USA, Inc | $ 15,133.63 | Ingredients |
| Dutch Valley | $ 21,897.19 | Ingredients |
| Earth Pride Organics, LLC | $ 275,003.87 | Management Fees |
| EPX, LLC | $ 66,794.25 | Logistics |
| Fillmore Container Company | $ 24,127.55 | Ingredients |
| Fleischmann's Vinegar Company | $ 16,274.42 | Ingredients |
| Founders Market & Company | $ 169,142.10 | Ingredients |
| F&S Produce Company | $ 8,623.00 | Ingredients |
| Global Ingredients | $ 8,826.00 | Ingredients |
| Hidden Villa Ranch | $ 305,122.00 | Ingredients |
| Hillside Plastics, Inc | $ 15,474.72 | Ingredients |
| H.S. Crocker Company, Inc. | $ 24,427.48 | Ingredients |
| JML Ingredients | $ 10,124.06 | Ingredients |
| Kikkoman Sales USA, inc. | $ 10,464.48 | Ingredients |
| K & S Group | $ 12,866.48 | Ingredients |
| Lee Kum Kee USA | $ 8,254.17 | Ingredients |
| Loeb Equipment & Appraisal Co. | $ 86,078.26 | Loan payments |
| Maschmeyer Karalis P.C. | $ 50,000.00 | Legal Fees |
| Massily North America, Inc. | $ 6,815.73 | Ingredients |
| McMaster-Carr Supply Company | $ 6,931.41 | Supplies |
| Midtown Capital Partners, LLC | $ 100,204.00 | Loan payments |
| Morning Star | $ 13,522.66 | Ingredients |
| NSF International Food Safety | $ 7,928.09 | Dues and Subscriptions |
| Packaging Corp of America | $ 31,321.95 | Ingredients |
| The Program | $ 43,277.34 | Ingredients |
| Safe Food Corporation | $ 30,769.80 | Ingredients |
| R. W. Sauder, Inc. | $ 18,738.00 | Ingredients |
| Alex Thompson | $ 8,392.88 | Misc |
| Jacob Thomas | $ 11,047.29 | Ingredients |
| Mike Thompson | $ 17,514.87 | Ingredients |
| TIC Gums | $ 24,192.18 | Ingredients |
| UGI Utilities, Inc. | $ 9,792.37 | Utilities |
| Vita-Pakt | $ 10,399.60 | Ingredients |
| Winpak Portion Packaging, Inc. | $ 86,932.87 | Ingredients |
| Woeber Mustard Manufacturing | $ 11,765.69 | Ingredients |
| Woodland Foods | $ 18,094.97 | Ingredients |
| York Container | $ 13,944.99 | Ingredients |
| Z M Thompson & Associates | $ 40,908.80 | M&R |

Debtor    **Lancaster Fine Foods, Inc.**                              Case number *(if known)* **17-13819(ELF)**

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1.  **See Exhibit "B"** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

---

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1.  **Leonard Waldner v. Earth Pride Organics, LLC and David Esh** CI-15-07552 | **Civil** | **Lancaster County Court of Common Pleas** | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.2.  **K & S Group, LLC v. Lancaster Fine Foods, Inc.** CI-15-02887 | **Civil** | **Lancaster County Court of Common Pleas** | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.3.  **W G Hall, LLC v. Lancaster Fine Foods, Inc.** CI-16-03380 | **Civil** | **Lancaster County Court of Common Pleas** | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.4.  **Lancaster Fine Foods, Inc. v. W G Hall, LLC and Michael S. Williams** CI-17-03552 | **Civil** | **Lancaster County Court of Common Pleas** | ■ Pending ☐ On appeal ☐ Concluded |

---

**EXHIBIT "B"**

**Payments made to investors in the past year.**

**LFF**

| Name | Inv# | Date | Amount | Type |
|------|------|------|--------|------|
| Mike Thompson | REPAYLOAN_06302016 | 6/30/2016 | $ 25,000.00 | Loan Repayment |
| Scott Goldsmith | CK02815201 | 5/5/2017 | $ 20,000.00 | Loan Repayment |
| | CK02803301 | 2/8/2017 | $ 50,000.00 | Loan Repayment |

**EPO**

| Name | Inv# | Date | Amount | Type |
|------|------|------|--------|------|
| Scott Goldsmith | 2015_DIST | 9/29/2016 | $ 5,134.69 | Distribution |
| Mark Thompson | 2015_DIST | 10/7/2016 | $ 5,134.69 | Distribution |
| Ross Decter | 2015_DIST | 10/7/2016 | $ 6,846.26 | Distribution |
| Donald Neireiter | 2016-06 | 6/1/2016 | $ 15,000.00 | Interest |
| | 2016-08 | 8/1/2016 | $ 9,000.00 | Interest |
| | 2016-09 | 9/1/2016 | $ 15,000.00 | Interest |
| | 2015_DIST | 10/5/2016 | $ 6,846.26 | Distribution |
| | INTEREST_1229 | 12/29/2016 | $ 72,005.23 | Interest |

Debtor    **Lancaster Fine Foods, Inc.**                                          Case number *(if known)*    **17-13819(ELF)**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Lancaster Fine Foods, Inc. v.<br>Steve's Frozen Chillers, Inc.<br>CI-14-09707 | Civil | **Lancaster County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Steve's Frozen Chillers, Inc.<br>v. Lancaster Fine Foods, Inc.<br><br>**(consolidated with CI-14-09707)**<br>CI-14-10607 | Civil | **Lancaster County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Dalmatia Import Group, Inc.<br>and Maia Magee v.<br>Foodmatch, Inc., Lancaster<br>Fine Foods, Inc. Earth Pride<br>Organics, LLC, C.O. Nolt, Inc.<br>and Michael S. Thompson<br>16-2767 | Civil | **US District Court Eastern District of PA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **Lancaster Fine Foods, Inc.**                     Case number *(if known)*   **17-13819(ELF)**

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Maschmeyer Karalis P.C.**<br>**1900 Spruce Street**<br>**Philadelphia, PA 19087** | | **May 31, 2017** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **2320 Norman Road**<br>**Lancaster, PA** | **Inception-2017** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Lancaster Fine Foods, Inc.**                                    Case number *(if known)* **17-13819(ELF)**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
□ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Lancaster Fine Foods, Inc.**                                 Case number (*if known*) **17-13819(ELF)**

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| **26a.1.**   **Trout, Ebersole & Groff, LLP**<br>**1705 Oregon Pike**<br>**Lancaster, PA 17601** | |
| **26a.2.**   **Ryan Butzer**<br>**Chief Financial Officer**<br>**Lancaster Fine Foods**<br>**Richardson Road**<br>**Lancaster, PA** | **8/17-today** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   **Lancaster Fine Foods, Inc.**                                    Case number (if known)   **17-13819(ELF)**

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1.   **Trout Ebersole & Groff**<br>**1705 Oregon Pike**<br>**Lancaster, PA 17601** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.   **Ryan Butzer**<br>**Chief Financial Officer**<br>**Lancaster Fine Foods**<br>**Richardson Road**<br>**Lancaster, PA** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | **Mike Thompson** | **October 2016** | **$953,838.00** |

Name and address of the person who has possession of inventory records

**Lancaster Fine Foods**
**Richardson Road**
**Lancaster, PA**

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Earth Pride Organics** | **501 Richardson Drive**<br>**Lancaster, PA 17603** | **Parent** | **100** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Lancaster Fine Foods, Inc.**                                  Case number (if known)  **17-13819(ELF)**

---

■  No
☐  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐  No
■  Yes. Identify below.

Name of the parent corporation

**Earth Pride Organics, LLC**

Employer Identification number of the parent corporation

EIN:   **23-1865302**

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

Name of the parent corporation

Employer Identification number of the parent corporation

| Debtor | **Lancaster Fine Foods, Inc.** | Case number *(if known)* **17-13819(ELF)** |
| --- | --- | --- |

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 18, 2017**

**/s/ Michael S. Thompson**                            **Michael S. Thompson**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes