# **EXHIBIT "B"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 11 |
| : | |
| EARTH PRIDE ORGANICS, LLC : | Bky No. 17-13816(ELF) |
| LANCASTER FINE FOODS, INC. : | |
| : | |
| Debtors : | JOINTLY ADMINISTERED |
| : | |

**VERIFIED STATEMENT OF JEFFREY S. CIANCIULLI, ESQUIRE, IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING THE RETENTION OF WEIR & PARTNERS LLP AS SPECIAL LITIGATION COUNSEL, *NUNC PRO TUNC* TO AUGUST 2, 2017, PURSUANT TO 11 U.S.C. §§ 327(e) AND 328 AND FED.R.BANKR.P. 2014 AND (II) AUTHORIZING THE PAYMENT OF A POST-PETITION RETAINER**

I, Jeffrey S. Cianciulli, Esquire, hereby declare under penalty of perjury, and in connection with the above-captioned Chapter 11 bankruptcy cases, that the following facts are true and correct to the best of my knowledge, information and belief:

1. I am a partner of Weir & Partners LLP ("Weir") which maintains a business address at The Widener Building, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107.

2. I am an attorney duly admitted to practice in the Commonwealth of Pennsylvania.

3. To the best of my knowledge, information and belief, neither I, nor anyone associated with my firm, represent any interest adverse to the Debtors or to the estates in the matters upon which I am to be engaged.

4. Weir is not an insider or affiliate of the Debtors.

5. Weir was not previously employed by the Debtors and never received any compensation from the Debtors.

6. Weir is not owed any money by the Debtors.

7. Weir first provided services to the Debtors on August 2, 2017.

8. Weir will be rendering services on an hourly basis plus the reimbursement of

costs. Weir's normal and customary rates range from $185.00 to $550.00 per hour depending on the attorney or paralegal rendering the service. My current hourly rate is $425.00. These rates are subject to periodic review and adjustment.

9. Based on Weir's reputation as a preeminent litigation law firm, our attorneys are uniquely qualified to deal with the complex legal issues arising from this case and advise the Debtors in the matters outlined herein.

10. To the best of my knowledge, information and belief, neither I, nor anyone associated with my firm, have any connection with any party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

WEIR & PARTNERS LLP

By: _____
Jeffrey S. Cianeiulli, Esquire

Dated: August __8__, 2017