### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **EARTH PRIDE ORGANICS, LLC** | : | **Bky No. 17-13816(ELF)** |
| **LANCASTER FINE FOODS, INC.** | : | |
| | : | |
| **Debtors** | : | **JOINTLY ADMINISTERED** |
| | : | |

### ORDER APPROVING APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING THE RETENTION OF WEIR & PARTNERS LLP AS SPECIAL LITIGATION COUNSEL, *NUNC PRO TUNC* TO AUGUST 2, 2017, PURSUANT TO 11 U.S.C. §§ 327(e) AND 328 AND FED.R.BANKR.P. 2014 AND (II) <u>AUTHORIZING THE PAYMENT OF A POST-PETITION RETAINER</u>

**AND NOW**, this ___ day of _____, 2017, upon consideration of the Application of Debtors for Entry of an Order (I) Approving the Retention of Weir & Partners LLP ("Weir") as Special Litigation Counsel, *Nunc Pro Tunc* to August 2, 2017, Pursuant to 11 U.S.C. §§ 327(e) and 328 and Fed.R.Bankr.P. 2014 and (II) Authorizing the Payment of a Post-Petition Retainer (the "Application"), and the Court being satisfied that Weir has no interest adverse to the Debtors or the Debtors' estates with respect to the matters for which it is to be employed, and further that Weir's retention is in the best interest of the creditors, it is hereby **ORDERED** that:

1.      The Application is **GRANTED** effective as of August 2, 2017.

2.      The Debtors are authorized to employ Weir as special litigation counsel for the purposes described in the Application.

3.      The Debtors are authorized to pay a post-petition retainer to Weir in the amount of $35,000.00.

4.      Any and all compensation to be paid to Weir for services rendered on the Debtors' behalf shall be fixed by application to this Court in accordance with §§ 330 and 331 of the Bankruptcy Code, such Rules of Local and Federal Bankruptcy Procedure as

may then be applicable, and/or any alternative arrangement for interim compensation as may be authorized by the Court.

**BY THE COURT:**

_____

ERIC L. FRANK,
CHIEF U.S. BANKRUPTCY JUDGE