UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| EARTH PRIDE ORGANICS, LLC, et al., | : |
| | : Case No. 17-13816 ELF |
| Debtors. | : (Jointly Administered) |
| | : |

### APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY OBERMAYER REBMANN MAXWELL & HIPPEL LLP AS COUNSEL

The Official Committee of Unsecured Creditors (the "Committee") for the bankruptcy estates of Earth Pride Organics, LLC and Lancaster Fine Foods, Inc. (the "Debtors"), hereby applies to this Court pursuant to 11 U.S.C. § 327, Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Rule 2014-1 of the United States Bankruptcy Court for the Eastern District of Pennsylvania Local Bankruptcy Rule ("L.B.R.") for an order authorizing the employment of Obermayer Rebmann Maxwell & Hippel LLP, as general counsel to the Committee and in support thereof respectfully represent as follows:

1. On May 31, 2017 (the "Petition Date"), the Debtors a filed voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

2. On August 14, 2017, the United States Trustee appointed the Committee as the Official Committee of Unsecured Creditors of the Debtors' bankruptcy estate.

3. The Committee desires to employ, as its general bankruptcy counsel, the law firm of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), attorneys duly elected to practice in this Court.

5181077

4. The professional services that the law firm of Obermayer is to render include, but are not limited to:

    a) providing the Committee with legal advice regarding its powers and duties;

    b) assisting in the preparation of any legal papers for the Committee; and

    c) performing all other legal services for the Committee which may be necessary.

4. To the best of the knowledge of the members of the Committee, and except as disclosed herein, the law firm of Obermayer has no interest in any other party-in-interest in connection with this case and its employment would be in the best interest of the Committee.

5. Obermayer understands that any compensation and expenses paid to it must be approved by this Court upon Application consistent with the dictates of In re Busy Beaver Building Center, Inc., 19 F.3d 833 (3rd Cir. 1994).

6. Compensation for professional services of Obermayer shall be charged at a blended rate of $400.00 for attorneys and $100.00 per hour for paralegals.

**[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

WHEREFORE, the Committee prays that it be authorized to retain and employ the law firm Obermayer Rebmann Maxwell & Hippel LLP to represent it in this Chapter 11 Case, and for such other further relief as is necessary and just.

Respectfully submitted,

Date: August 17, 2017

By: _____
Stephen J. Scherf
Asterion, Inc.