UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| EARTH PRIDE ORGANICS, LLC, et al., : | |
| : | Case No. 17-13816 ELF |
| Debtors. : | (Jointly Administered) |
| : | |

## AFFIDAVIT OF DISINTERESTEDNESS

COMMONWEALTH OF PENNSYLVANIA    )
                                )  ss.
COUNTY OF PHILADELPHIA          )

Edmond M. George, being duly sworn, deposes and says:

1. I am a partner of Obermayer Rebmann Maxwell & Hippel LLP maintaining offices at Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102.

2. This Affidavit is being submitted in support of the foregoing Application of The Official Committee of Unsecured Creditors (the "Committee") for the bankruptcy estates of Earth Pride Organics, LLC and Lancaster Fine Foods, Inc. (the "Debtors") to Employ Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer") as Counsel.

3. The partners and associates of Obermayer are attorneys duly admitted to practice in, and are members in good standing in, the Bar of the Commonwealth of Pennsylvania.

4. Obermayer will not represent any party other than the Committee in this case.

5. Based upon the information available and the investigation I have done to date, other than those disclosed herein, Obermayer has no connection with the Debtors, its creditors, or other parties in interest, and does not represent or hold any interest adverse to the Debtors' Estate which would prohibit our employment by the Committee. Thus, I believe that

5181077

Obermayer is a disinterested party within the meaning of that term as set forth in § 327 of the United States Bankruptcy Code.

*[Signature]*

Edmond M. George, Esquire

Sworn to and subscribed
before me this 17th day
of August, 2017

*[Signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Sharon Morrissey, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Dec. 23, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

5181077

2