**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : |
| | : Chapter 11 |
| **EARTH PRIDE ORGANICS, LLC, et al.,** | : |
| | : Case No. 17-13816 ELF |
| Debtors. | : (Jointly Administered) |
| | : |

**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO EMPLOY OBERMAYER REBMANN
MAXWELL & HIPPEL LLP AS COUNSEL**

AND NOW this _____ day of _____, 2017, upon consideration of the Application of The Official Committee of Unsecured Creditors (the "Committee") for the bankruptcy estates of Earth Pride Organics, LLC and Lancaster Fine Foods, Inc. (the "Debtors") to employ Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), as general counsel to the Committee (the "Application") in these bankruptcy cases, and it appearing that the Obermayer attorneys are duly admitted to practice in this Court, and the Court being satisfied that Obermayer does not represent any other party-in-interest or hold an interest adverse to the Debtors in this case and is a disinterested person within the meaning of 11 U.S.C. § 101(14), it is hereby:

ORDERED that the Application is granted in its entirety; and it is further

ORDERED that the Committee is hereby authorized to retain and employ Obermayer, as general counsel in the within proceeding under Chapter 11 of the United States Bankruptcy Code; and it is further

5181077

ORDERED that compensation for professional services of Obermayer shall be charged at the a blended rate of $400.00 per hour for attorneys and $100.00 per hour for paralegals; and it is further

ORDERED that compensation to Obermayer is only to be allowed by order of this Court upon submission of an application for compensation in conformity with the United States Bankruptcy Code, applicable Bankruptcy Rules and In re Busy Beaver Building Center, Inc., 19 F.3d 833 (3rd Cir. 1994).

BY THE COURT:

_____
The Honorable Eric L. Frank
Chief United States Bankruptcy Judge

Copies to:

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA  19102