IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **EARTH PRIDE ORGANICS, LLC** | : | Bky No. 17-13816(ELF) |
| **LANCASTER FINE FOODS, INC.** | : | |
| | : | |
| Debtors | : | JOINTLY ADMINISTERED |
| | : | |

**TWELFTH INTERIM ORDER AUTHORIZING THE USE OF
CASH COLLATERAL AND THE GRANT OF ADEQUATE PROTECTION**

**AND NOW,** this _____ day of _____, 2018, upon consideration of the Motion of Earth Pride Organics, LLC and Lancaster Fine Foods, Inc. (collectively, the "Debtors") for Entry of an Order, Pursuant to 11 U.S.C. § 363(c) and Fed.R.Bankr.P. 4001, Authorizing Debtors to Use Cash Collateral and Provide Adequate Protection (the "Motion"), and after notice and hearing and the consent of parties as set forth in Paragraph 2, it is hereby **ORDERED** that:

1.  The Debtors are authorized to use "cash collateral" as that term is defined in § 363(a) of the Bankruptcy Code ("Cash Collateral") during the period from the date of the commencement of their Chapter 11 cases (the "Petition Date") through January __27__, 2018 pursuant to the Budget approved herein.

2.  The Debtors' use of Cash Collateral may be extended for an additional two (2) weeks upon filing with the Court an Amended Budget which has been approved by the Debtor, the Lender (as defined below), Loeb Term Solutions LLC, and the Official Committee of Unsecured Creditors (the "Committee").

3.  The Debtors' use of Cash Collateral through January __27__, 2018, shall be for the purposes of paying all reasonable and necessary expenses related to the operation of their businesses, including all trust fund payroll and sales taxes, in accordance with the Budget attached to this Order as Exhibit "A." It is understood that Mike Thompson will not be taking a salary or other form of compensation for the length of this order.

4. To the extent of any diminution in value of the pre-petition Cash Collateral of Change Capital Partners Fund I, LLC and Midtown Capital Partners, LLC (the "Lender"), the Lender are hereby granted valid, binding, enforceable and perfected post-petition replacement liens on the Debtors' assets which are created, acquired, or arise after the Petition Date, but limited to only those types and descriptions of collateral, in which the Lender holds a pre-petition lien or security interest (the "Replacement Liens") and only to the extent of those pre-petition liens. The Replacement Liens shall have the same priority and validity as the Lender's pre-petition security interests and liens.

5. To the extent of any diminution in value of the pre-petition Cash Collateral of Loeb Term Solutions LLC ("Loeb"), Loeb is hereby granted valid, binding, enforceable and perfected post-petition replacement liens on the Debtors' assets which are created, acquired, or arise after the Petition Date, but limited to only those types and descriptions of collateral in which the Lender holds a pre-petition lien or security interest (the "Replacement Liens"). The Replacement Liens shall have the same priority and validity as Loeb's pre-petition security interests and liens.

6. To the extent the cash collateral use approved hereunder results in the Debtors' using, in the operation of their businesses, machinery and equipment that is subject to liens and security interests in favor of Lender and Loeb, the Debtors agree to maintain customary insurance policies on, and to continue to maintain and repair, all such machinery and equipment, all consistent with the practices and policies that the Debtors followed prior to the bankruptcy filings.

7. This Order authorizing the use of Cash Collateral shall be sufficient and conclusive evidence of the validity of the Lender's or Loeb's Replacement Liens upon the Debtors' post-petition Cash Collateral without the necessity of filing or recording by the Lender or Loeb of any financing statements, or other documents which may otherwise be required under the laws of any jurisdiction or the taking of any action to validate or protect the post-petition replacement security interests and liens granted to the Lender or Loeb by this Order.

8. This Order is without prejudice to the rights of the Debtors, their creditors, the Committee, any trustee appointed herein, or other parties in interest, to contest the validity, extent or priority of any rights granted to the Lender or Loeb by any pre-petition loan agreement or any security interest arising out of or related to any such pre-petition loan agreement.

9. This Order is without prejudice to the rights of any party in interest to seek any further or different relief after the expiration of this interim period or modification of this Order.

10. A further hearing to consider whether the Debtors' use of Cash Collateral shall be held on **January  24 , 2018 at  11:00  a.m. before the Honorable Eric L. Frank, Chief United States Bankruptcy Judge, in Courtroom No. 1, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Philadelphia, PA  19107.**

11. A copy of this Order shall be served on or before December \_\_\_\_\_, 2017, by Debtors' counsel upon (i) counsel for the Official Committee of Unsecured Creditors, (ii) the Office of the United States Trustee, (iii) all parties who have timely filed requests for notices under Bankruptcy Rule 2002, (iv) counsel for the Lender, (v) counsel for Loeb; and (vi) all other parties known to the Debtors to have liens on or a security interest in Cash Collateral.

_____
ERIC L. FRANK,
CHIEF U.S. BANKRUPTCY JUDGE

Preliminary Draft For Discussion Purposes Only -- Subject to Review and Revision

Lancaster Fine Foods & Earth Pride Organi
Weekly Cash Flow

| Week Ending | Budget 1/20/2018 | Budget 1/27/2018 | Total |
|---|---|---|---|
| BEGINNING CASH BALANCE | $ 73,757 | $ 62,501 | $ - |
| **Receipts** | | | |
| Accounts Receivable | 260,000 | 200,000 | 8,537,645 |
| Intercompany Receivable | 42,500 | 42,500 | 884,695 |
| Other Cash Receipts | - | - | - |
| Total Receipts | 302,500 | 242,500 | 9,422,340 |
| **Disbursements** | | | |
| Material | 80,000 | 120,000 | 3,810,959 |
| Supplies | 3,000 | 3,000 | 43,200 |
| Payroll and Payroll Taxes | 98,000 | - | 1,821,000 |
| Maintenance and Repair | 5,000 | 5,000 | 356,500 |
| Sanitation | 1,000 | 1,000 | 19,000 |
| Quality Assurance | 4,000 | 4,000 | 61,000 |
| Equip. Rental | 2,000 | 2,000 | 32,294 |
| Electric | - | 8,500 | 59,500 |
| Benefits | 15,000 | 5,000 | 165,000 |
| Rent | - | - | 594,000 |
| Computer Expense | 38,456 | - | 136,143 |
| Insurance | 21,000 | - | 147,000 |
| Office Supplies | 2,000 | 2,000 | 22,950 |
| Logistics | 1,500 | 1,500 | 42,000 |
| Telephone | - | 2,000 | 16,000 |
| Tools | 200 | 200 | 6,000 |
| Trash | - | 4,000 | 31,500 |
| Utilities | - | 8,200 | 65,600 |
| Travel Expense | 100 | 100 | 2,700 |
| Intercompany | 42,500 | 42,500 | 884,695 |
| Legal Fees | - | - | 197,000 |
| PACA | - | - | 20,000 |
| Professional Fees | - | - | 114,000 |
| US Trustee Fee | - | - | 12,500 |
| Other | - | - | 116,500 |
| Total Disbursements | 313,756 | 209,000 | 8,777,041 |
| Change in Cash | (11,256) | 33,500 | 645,299 |
| Net Available Before Financing | 62,501 | 96,001 | 645,299 |
| Payment to Lender (AP) | - | - | (315,500) |
| Payment to Lender (AP) LTS | - | - | (95,000) |
| Interest and Fees | - | - | (900) |
| Total Financing | - | - | (411,400) |
| ENDING CASH BALANCE | $ 62,501 | $ 96,001 | $ 74,472 |

Preliminary Draft For Discussion Purposes Only -- Subject to Review and Revision

Lancaster Fine Foods, Inc.
Weekly Cash Flow

| Week Ending | Budget 1/20/2018 | Budget 1/27/2018 | Total |
|---|---|---|---|
| BEGINNING CASH BALANCE | $ 99,800 | $ 88,500 | $ - |
| **Receipts** | | | |
| Accounts Receivable | 230,000 | 200,000 | 8,137,145 |
| Intercompany Receivable | - | - | - |
| Other Cash Receipts | | | |
| Total Receipts | 230,000 | 200,000 | 8,137,145 |
| **Disbursements Category or Vendor** | | | |
| Material | 80,000 | 120,000 | 3,810,959 |
| Supplies | 3,000 | 3,000 | 43,200 |
| Payroll and Payroll Taxes | 85,000 | - | 1,547,000 |
| Maintenance and Repair | 5,000 | 5,000 | 356,500 |
| Sanitation | 1,000 | 1,000 | 19,000 |
| Quality Assurance | 4,000 | 4,000 | 61,000 |
| Equip. Rental | 2,000 | 2,000 | 32,294 |
| Electric | | | |
| Benefits | 15,000 | | 120,000 |
| Rent | | | |
| Computer Expense | | | |
| Insurance | 2,000 | 2,000 | 22,950 |
| Office Expense/Supplies | 1,500 | 1,500 | 42,000 |
| Logistics | | | |
| Telephone | 200 | 200 | 6,000 |
| Tools | | | |
| Trash | | | |
| Utilities | | | |
| Travel Expense | 100 | 100 | 2,700 |
| Intercompany | 42,500 | 42,500 | 884,695 |
| Legal Fees | | | 197,000 |
| PACA | | | 20,000 |
| Professional Fees | | | 114,000 |
| US Trustee Fee | | | 12,500 |
| Other | | | 116,500 |
| Total Disbursements | 241,300 | 181,300 | 7,408,298 |
| Change in Cash | (11,300) | 18,700 | 728,847 |
| Net Available Before Financing | 88,500 | 107,200 | 728,847 |
| Payment to Lender (AP) | | | (315,500) |
| Payment to Lender (AP) LTS | | | (95,000) |
| Interest and Fees | | | |
| Total Financing | - | - | (410,500) |
| ENDING CASH BALANCE | $ 88,500 | $ 107,200 | $ 130,272 |

Preliminary Draft For Discussion Purposes Only -- Subject to Review and Revision

Earth Pride Organic's LLC
Weekly Cash Flow

| Week Ending | Budget 1/20/2018 | Budget 1/27/2018 | Total |
|---|---|---|---|
| BEGINNING CASH BALANCE | $ (26,043) | $ (25,999) | $ - |
| **Receipts** | | | |
| Accounts Receivable | 30,000 | | 400,500 |
| Intercompany Receivable | 42,500 | 42,500 | 884,695 |
| Other Cash Receipts | | | |
| Total Receipts | 72,500 | 42,500 | 1,285,195 |
| **Disbursements** | | | |
| Material | | | |
| Supplies | | | |
| Payroll and Payroll Taxes | 13,000 | | 274,000 |
| Maintenance & Repair | | | |
| Sanitation | | | |
| Quality Assurance | | | |
| Equipment Rental | | | |
| Electric | | 8,500 | 59,500 |
| Benefits | | 5,000 | 45,000 |
| Rent | | | 594,000 |
| Insurance | 21,000 | | 136,143 |
| Computer Expense | 38,456 | - | 147,000 |
| Office Supplies | | | |
| Logistics | | | |
| Telephone | | 2,000 | 16,000 |
| Tools | | | |
| Trash | | 4,000 | 31,500 |
| Utilities | | 8,200 | 65,600 |
| Travel Expense | | | |
| Intercompany | | | |
| Legal Fees | | | |
| Professional Fees | | | |
| PACA | | | |
| US Trustee Fee | | | |
| Other | | | |
| Total Disbursements | 72,456 | 27,700 | 1,368,743 |
| Change in Cash | 44 | 14,800 | (83,548) |
| Net Available Before Financing | (25,999) | (11,199) | (83,548) |
| Payment to Lender (AP) | - | - | - |
| Payment to Lender (AP) LTS | | | |
| Interest and Fees | | | (900) |
| Total Financing | - | - | (900) |
| ENDING CASH BALANCE | $ (25,999) | $ (11,199) | $ (34,650) |

Lancaster Fine Foods & Earth Pride Organics
Consolidated Collateral Schedule

|  |  | Budget<br>1/20/2018 | Budget<br>1/27/2018 |
|---|---|---:|---:|
| Projected Accounts Receivable: |  |  |  |
| Consolidated Beginning Balance |  | 515,000 | 385,000 |
| Add: | Sales | 100,000 | 265,000 |
| Less: | Collections | (230,000) | (200,000) |
| Ending Accounts Receivable |  | 385,000 | 450,000 |
| Projected Inventory |  |  |  |
| Ending Weekly Balance |  | 900,000 | 900,000 |
| Total AR & Inventory Collateral |  | 1,285,000 | 1,350,000 |
| Projected Accounts Payable: Post Petition Only |  | 200,000 | 200,000 |
| Accounts Payable: Prepetition |  | 4,556,000 | 4,556,000 |