**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **CHAPTER 11** |
| | : | |
| **EARTH PRIDE ORGANICS, LLC** | : | |
| **LANCASTER FINE FOODS, INC.** | : | **CASE NO. 17-13816 (ELF)** |
| | : | |
| Debtors | : | **JOINTLY ADMINISTERED** |
| | : | |

**RESPONSE OF THE DEBTORS**
**TO THE RENEWED MOTION OF LOEB TERM**
**SOLUTIONS, LLC, FOR RELIEF FROM THE AUTOMATIC STAY**

      EARTH PRIDE ORGANICS, LLC ("EPO") and LANCASTER FINE FOODS, INC. ("LFF," collectively with EPO, the "Debtors"), by and through their counsel, Maschmeyer Marinas P.C., hereby respond to the Renewed Motion of LOEB TERM SOLUTIONS, LLC ("Loeb" or the "Movant"), for relief of the automatic stay provisions in accordance with 11 U.S.C. § 362(d) (the "Motion"), and in support thereof, respectfully state as follows:

**BACKGROUND**

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      The "Note" and "Loan Documents" referred to in this Paragraph are written documents that speak for themselves and thus, any mischaracterization thereof is hereby denied.

6.      The "Note" and "Loan Documents" referred to in this Paragraph are written documents that speak for themselves and thus, any mischaracterization thereof is hereby denied.

7.      This Paragraph states legal conclusions to which no response is required and which are therefore, denied.  In addition, this Paragraph is denied as stated.

8.      This Paragraph states legal conclusions to which no response is required and which are therefore, denied.  In addition, this Paragraph is denied as stated.

9.      The documents referred to in this Paragraph are written documents that speak for themselves and thus, any mischaracterization thereof is hereby denied.

10.     This Paragraph is denied as stated.

11.     This Paragraph is denied as stated.

12.     This Paragraph is denied as stated.

13.     This Paragraph states legal conclusions to which no response is required and which are therefore, denied.  In addition, this Paragraph is denied as stated.

## JURISDICTION AND VENUE

14.     This Paragraph states legal conclusions to which no response is required.

15.     This Paragraph states legal conclusions to which no response is required.

## ARGUMENT

16.     Admitted in part; denied in part.  It is admitted only that this Paragraph contains an extracted section of the automatic stay provisions embodied in 11 U.S.C. § 362(d). Furthermore, this Paragraph is denied as to the characterization, interpretation or legal conclusions drawn from the applicable Bankruptcy Code section cited therein.

17.     Admitted in part; denied in part.  It is admitted only that this Paragraph contains an extracted section of the adequate protection provisions embodied in 11 U.S.C. § 361. Furthermore, this Paragraph is denied as to the characterization, interpretation or legal conclusions drawn from the applicable Bankruptcy Code section cited therein.

18.     Admitted in part; denied in part.  It is admitted only that this Paragraph contains extracted sections of the case law cited therein.  Furthermore, this Paragraph is denied as to the characterization, interpretation or legal conclusions drawn from the case law cited.

19.     This Paragraph states legal conclusions to which no response is required and which are therefore, denied.  In addition, this Paragraph is denied as stated.

20.     This Paragraph states legal conclusions to which no response is required and which are therefore, denied.  In addition, this Paragraph is denied as stated.

21.     This Paragraph states legal conclusions to which no response is required and which are therefore, denied.  In addition, this Paragraph is denied as stated

22.     This Paragraph states legal conclusions to which no response is required and which are therefore, denied.

**WHEREFORE**, the Debtors respectfully request that the Motion be denied.


**Respectfully submitted,**

**MASCHMEYER MARINAS P.C.**


By:___/s/_____*Paul B. Maschmeyer*_____
            PAUL B. MASCHMEYER
            FRANK S. MARINAS
            350 South Main Street
            Suite 105
            Doylestown, PA  18901
            (610) 296-3325
Dated:      November  26 , 2018            Attorneys for the Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | :      **CHAPTER 11** |
| | : |
| **EARTH PRIDE ORGANICS, LLC** | : |
| **LANCASTER FINE FOODS, INC.** | :      **CASE NO. 17-13816 (ELF)** |
| | : |
| **Debtors** | :      **JOINTLY ADMINISTERED** |
| | : |

<u>**O R D E R**</u>

        **AND NOW**, on this _____ day of _____, 2018, upon consideration of the Renewed Motion of LOEB TERM SOLUTIONS, LLC, for relief of the automatic stay provisions (the "Motion") and the Response of the Debtors to the Motion, and after notice and hearing, it is hereby:

        **ORDERED** that the Motion is **DENIED**.


                **BY THE COURT:**


                _____
                THE HONORABLE ERIC L. FRANK
                UNITED STATES BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **CHAPTER 11** |
| | : | |
| **EARTH PRIDE ORGANICS, LLC** | : | |
| **LANCASTER FINE FOODS, INC.** | : | **CASE NO. 17-13816 (ELF)** |
| | : | |
| **Debtors** | : | **JOINTLY ADMINISTERED** |
| | : | |

### CERTIFICATE OF SERVICE

     I, PAUL B. MASCHMEYER, ESQUIRE, hereby certify that on the __26th__ day of November, 2010, I directed to be served a copy of the Response of the Debtors, EARTH PRIDE ORGANICS, LLC and LANCASTER FINE FOODS, INC., to the Renewed Motion of LOEB TERM SOLUTIONS, LLC, for Relief from the Automatic Stay via ECF transmission upon the parties on the attached list.

                         **Respectfully submitted,**

                         **MASCHMEYER MARINAS P.C.**

                         By:___/s/_____*Paul B. Maschmeyer*_____
                         PAUL B. MASCHMEYER
                         350 South Main Street
                         Suite 105
                         Doylestown, PA  18901
                         (610) 296-3325
Dated:    November __26__, 2018    Attorney for the Debtors

Via ecf

- **DAVE P. ADAMS**    dave.p.adams@usdoj.gov
- **EDEN R. BUCHER**    ebucher@leisawitzheller.com,
  medwards@leisawitzheller.com
- **MARTHA B. CHOVANES**    mchovanes@foxrothschild.com,
  rsolomon@foxrothschild.com;nhawke@foxrothschild.com;brian-oneill-fox-
  5537@ecf.pacerpro.com
- **JEFFREY S. CIANCIULLI**    jcianciulli@weirpartners.com,
  lobrien@weirpartners.com
- **MARK J. DORVAL**    mdorval@stradley.com
- **STEPHEN J. DZURANIN**    sdzuranin@wwwpalaw.com,
  dwilliamson@wwwpalaw.com
- **EDMOND M. GEORGE**
  angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.a
  cello@obermayer.com;alicia.sandoval@obermayer.com
- **ALAINE V. GRBACH**    avgrbach@aol.com
- **DAVID I. GRUNFELD**    dgrunfeld@astorweiss.com,
  jcrismond@astorweiss.com
- **LAUREN ERICA HANDEL**    lauren@handelfoodlaw.com
- **ARIS J. KARALIS**    akaralis@karalislaw.com, jhysley@karalislaw.com
- **JOHN C. KILGANNON**    jck@stevenslee.com, pam@stevenslee.com
- **DAVID R. KING**    dking@herrick.com, courtnotices@herrick.com
- **MARSHALL T KIZNER**    mkizner@stark-stark.com
- **JOSEPH H. LEMKIN**    jlemkin@stark-stark.com
- **JAY L. LUBETKIN**    jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
- **EUGENE J. MALADY**    kjones@ejmcounselors.com,
  emalady@ejmcounselors.com
- **DAVID L. MARSHALL**    DMARSHALL@EASTBURNGRAY.COM,
  eseckinger@eastburngray.com;marshalldr81618@notify.bestcase.com
- **PAUL BRINTON MASCHMEYER**    pmaschmeyer357@gmail.com,
  FMarinas@msn.com
- **MICHAEL G. MENKOWITZ**    mmenkowitz@frof.com, brian-oneill-fox-
  5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
- **JOSEF W MINTZ**    mintz@blankrome.com, ecf-
  fe4957a0ba6a@ecf.pacerpro.com
- **CHRISTOPHER R. MOMJIAN**    crmomjian@attorneygeneral.gov
- **DANA S. PLON**    dplon@sirlinlaw.com
- **MARIA APRILE SAWCZUK**    marias@restructuringshop.com

2

- **WILLIAM G SCHWAB**    schwab@uslawcenter.com
- **ROBERT W. SEITZER**    rseitzer@karalislaw.com, jhysley@karalislaw.com
- **BARRY A. SOLODKY**    bsolodky@n-hlaw.com, mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
- **ANTHONY ST. JOSEPH**    anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
- **JONATHAN M. STEMERMAN**    jms@elliottgreenleaf.com, sir@elliottgreenleaf.com
- **United States Trustee**    USTPRegion03.PH.ECF@usdoj.gov
- **MICHAEL D. VAGNONI**    michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com
- **RAFAEL X. ZAHRALDDIN**    rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com