**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**EARTH PRIDE ORGANICS, LLC, et al.,**<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 17-13816 ELF<br>: (Jointly Administered)<br>:<br>: Hearing Date: February 1, 2019<br>: Hearing Time: 9:00 a.m.<br>: Hearing Place: Courtroom 1 |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EARTH PRIDE ORGANICS, LLC, ET AL.**

The Official Committee of Unsecured Creditors (the "Committee") of the jointly administered bankruptcy estates of Earth Pride Organics, LLC ("Earth Pride") and Lancaster Fine Foods, Inc. ("LFF" or collectively with Earth Pride, the "Debtors"), by and through its undersigned counsel, reserves the right, pursuant to this Court's Order dated January 24, 2019 [Docket No. 611], to participate in the hearing on the Motion for Relief From Stay filed by Loeb Term Solutions LLC ("Loeb"), the Debtors' Objection to the Proof of Claim filed by Loeb and the Debtors' Motion for a Preliminary Injunction and joins all other opposition to the Relief Motion and adopts all evidence and witness testimony which is not inconsistent with the Committee's positions.

Dated: January 31, 2019          By: */s/ Edmond M. George*
                                          Edmond M. George, Esquire
                                          Michael D. Vagnoni, Esquire
                                          OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                          Centre Square West
                                          1500 Market Street, Ste. 3400
                                          Philadelphia, PA 19102
                                          C*ounsel to the Official Committee of Unsecured Creditors*

4847-6315-4310